# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Onyx Owner, LLC,<br><br>　　　　　Debtor.[1] | Chapter 11<br><br>Case No. 24-12816 (\_\_\_) |

## NOTICE OF FILING OF CREDITOR MATRIX

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor-in-possession has filed the attached *Creditor Matrix* with the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 North Market Street, Wilmington, Delaware 19801.

Dated:  December 18, 2024
　　　　　Wilmington, Delaware

Respectfully submitted,

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Daniel B. Butz (No. 4227)
Scott D. Jones (No. 6672)
Casey B. Sawyer (No. 7260)
1201 Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:  rdehney@morrisnichols.com
　　　　　dbutz@morrisnichols.com
　　　　　sjones@morrisnichols.com
　　　　　csawyer@morrisnichols.com

*Proposed Counsel for the Debtor and Debtor in Possession*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its taxpayer identification number, is Onyx Owner, LLC (1962), c/o Blue Owl Capital Inc., 399 Park Avenue, 37th Floor, NY, NY 10022.