| Name | Address |
|---|---|
| 1100 First Street Ground Owner LLC | c/o iStar Inc. 1114 Avenue of the Americas, New York, NY 10036 Attn: General Counsel |
| Abdullina, Valentyna | 1100 First St. SE, Washington, DC 20003 |
| Achamou, Malick | 1100 First St. SE, Washington, DC 20003 |
| A-CLASS CONCIERGE SERVICES LLC | PO BOX 57, Highland, MD 20777 |
| Adams, Maliyah | 1100 First St. SE, Washington, DC 20003 |
| Agency Fifty3 LLC | 4100 E Mississippi Ave, Floor 15, Denver, CO 80246 |
| Aidan Anderson;Michael Anderson | 154 Galaxy Way, Lampoc, CA 93436 |
| Aidan Strongreen | 107 S Broadway, De Pere, WI 54115 |
| Aiken, Cooper | 1100 First St. SE, Washington, DC 20003 |
| Allen, John | 1100 First St. SE, Washington, DC 20003 |
| Allen, Leon | |
| Amanios, Sewit | 1100 First St. SE, Washington, DC 20003 |
| Ampudia, Jose | 1100 First St. SE, Washington, DC 20003 |
| Anderson, Aidan | |
| Andrew Hyde | 53 Audubon Rd, Weymouth, MA 02188 |
| Apartment List, Inc. | PO Box 737097, Dallas, TX 75373 |
| Apartments LLC | 2563 Collection Center Dr, Chicago, IL 60693-0025 |
| Arquero, Darren | |
| Ashfeld, Braydon | 1100 First St. SE, Washington, DC 20003 |
| Atalaya Capital Management | 780 Third Avenue, 27th Floor, New York, NY 10022 |
| Atalaya Fund VI Equity REIT Inc. | 780 Third Avenue, 27th Floor, New York, NY 10022 |
| Austin, Nicholas | 1100 First St. SE, Washington, DC 20003 |
| Ball, Kenneth | 1100 First St. SE, Washington, DC 20003 |
| Barber, Nicole | 1100 First St. SE, Washington, DC 20003 |
| Barrett, Elsie | 1100 First St. SE, Washington, DC 20003 |
| Bates, Terry | 1100 First St. SE, Washington, DC 20003 |
| Battle, Lionel | 1100 First St. SE, Washington, DC 20003 |
| Becerril, Michael | 1100 First St. SE, Washington, DC 20003 |
| Belfor USA Group | 21300 Ridgetop Circle, Suite 150, Sterling, VA 20166 |
| Belfor USA Group | 21300 Ridgetop Circle, Suite 150, Sterling, VA 20166 |
| Bernacchi, Charity | |
| Better, Lindsey | 1100 First St. SE, Washington, DC 20003 |
| BIG STUFF INC | |
| Blackwell, Kierra | 1100 First St. SE, Washington, DC 20003 |
| Blue Owl Capital | 399 Park Avenue, 37th Floor, NY, NY 10022 |
| Bonafina, Marcela | 1100 First St. SE, Washington, DC 20003 |
| Bose, Devan | |
| Bozeman, Harriett | 1100 First St. SE, Washington, DC 20003 |
| Brahana, Isabelle | 1100 First St. SE, Washington, DC 20003 |
| Brice, David | 1100 First St. SE, Washington, DC 20003 |
| Brito, Edgar | 1100 First St. SE, Washington, DC 20003 |
| Brown, Caitlyn | 1100 First St. SE, Washington, DC 20003 |
| Brugh, Zachary | 1100 First St. SE, Washington, DC 20003 |
| Buckner, LuTisha | |
| Burch, Sydney | 1100 First St. SE, Washington, DC 20003 |
| Burgess, Lolita | 1100 First St. SE, Washington, DC 20003 |
| Butler, Lena | 1100 First St. SE, Washington, DC 20003 |

| Name | Address |
|---|---|
| Byrd, Gregory | 1100 First St. SE, Washington, DC 20003 |
| Caccavaro, Jake | |
| Cain, Connor | 1100 First St. SE, Washington, DC 20003 |
| Canada, Viola | 1100 First St. SE, Washington, DC 20003 |
| Canty, Ladaryl | 1100 First St. SE, Washington, DC 20003 |
| Capota, Timothy | |
| Carasco, Daniel | 1100 First St. SE, Washington, DC 20003 |
| Carter, Bettye | 1100 First St. SE, Washington, DC 20003 |
| Carter, Melissa | 1100 First St. SE, Washington, DC 20003 |
| Carter, Monday | |
| Caulfield, Matteo | 1100 First St. SE, Washington, DC 20003 |
| CCR Service LLC | 11325 Maryland Ave., Beltsville, MD  20705 |
| Cetin, Melike | 1100 First St. SE, Washington, DC 20003 |
| Chamberlin, John | 1100 First St. SE, Washington, DC 20003 |
| Chambers, Jack | |
| Checkpoint ID, Inc. | |
| Chiles, Christian | |
| Chinuntdet, Jason | 1100 First St. SE, Washington, DC 20003 |
| Chitty, Reese | 1100 First St. SE, Washington, DC 20003 |
| Coast Ufeli, Mo | 1100 First St. SE, Washington, DC 20003 |
| Coleman, Sophia | 1100 First St. SE, Washington, DC 20003 |
| Collins, Sean | 1100 First St. SE, Washington, DC 20003 |
| Connecticut General Life Insurance Company c/o CIGNA Investments Inc. | 900 Cottage Grove Road, Wilde Building, Bloomfield, CT 06002 Attn: Real Estate Law, A5LGL |
| COULIBALY, Bilal | 1100 First St. SE, Washington, DC 20003 |
| Cummings, Tamika | 1100 First St. SE, Washington, DC 20003 |
| Curtis, Olivia | 1100 First St. SE, Washington, DC 20003 |
| Curtiss, Jasmine | 1100 First St. SE, Washington, DC 20003 |
| Davis, Kelly | 1100 First St. SE, Washington, DC 20003 |
| DC Water and Sewer Authority | 1385 Canal St SE, Washington, DC 20003 |
| Deas, DeAshia | |
| Dey, Rahul | 1100 First St. SE, Washington, DC 20003 |
| Dickerson, Annie | 1100 First St. SE, Washington, DC 20003 |
| District of Columbia - Office of Tax and Revenue | 1101 4th Street SW, Suite W270, Washington, DC 20024 |
| Dixon, Porsha | 1100 First St. SE, Washington, DC 20003 |
| Donaldson, Vernisa | 1100 First St. SE, Washington, DC 20003 |
| Dotson, Antoine | 1100 First St. SE, Washington, DC 20003 |
| Dotson, Antoine | 1100 First St. SE, Washington, DC 20003 |
| Drayton, Justine | 1100 First St. SE, Washington, DC 20003 |
| Duncan, Asia | 1100 First St. SE, Washington, DC 20003 |
| Dunhom, Andrew | |
| Eatmon, Josephine | 1100 First St. SE, Washington, DC 20003 |
| Eaves-goff, Carolyn | 1100 First St. SE, Washington, DC 20003 |
| Edmondson, Benjamin | 1100 First St. SE, Washington, DC 20003 |
| Egesi, Tochukwu | 1100 First St. SE, Washington, DC 20003 |
| Enweonwu, Samuel | 1100 First St. SE, Washington, DC 20003 |
| Eshelman, Mary | 1100 First St. SE, Washington, DC 20003 |
| Evans, Fredrick | |
| Fagan, Makayla | |
| Ferrell Zabala, Fernanda | 1100 First St. SE, Washington, DC 20003 |
| FIDELITY POWER SYSTEMS | 25 Loveton Circle, Sparks, MD  21152 |
| FIRST IMPRESSION STAFFING (FIS) LLC | 6441 RICHARDSON FARM LANE, CLARKSVILLE, MD  21029 |

| Name | Address |
|---|---|
| Fitzpatrick, Richard | 1100 First St. SE, Washington, DC 20003 |
| Fletcher, Jashay | 1100 First St. SE, Washington, DC 20003 |
| Flynn, Yakira | 1100 First St. SE, Washington, DC 20003 |
| Fortney, Vera | |
| Foster, Starrine | |
| Fry, Zachary | 1100 First St. SE, Washington, DC 20003 |
| Garcia, Ajah | 1100 First St. SE, Washington, DC 20003 |
| Gehres, Joshua | 1100 First St. SE, Washington, DC 20003 |
| George, Jaunita | 1100 First St. SE, Washington, DC 20003 |
| Gibbons, Susan | |
| Giron, Luis | |
| Given, Margaret | 1100 First St. SE, Washington, DC 20003 |
| Gordon, Lareese | 1100 First St. SE, Washington, DC 20003 |
| Grant, Annie | 1100 First St. SE, Washington, DC 20003 |
| Grant, Denee | |
| Gray, Nechelle | 1100 First St. SE, Washington, DC 20003 |
| Grayton, Darryl | 1100 First St. SE, Washington, DC 20003 |
| Green, Levotie | 1100 First St. SE, Washington, DC 20003 |
| Greenstein DeLorme & Luchs, P.C. | 1620 L Street, N.W., Suite 900, Washington, D.C. 20036 Attn: Vincent M. Policy, Esq. |
| Grep Atlantic, LLC | 3101 Wilson Blvd, Suite 701, Arlington, VA 22201 |
| Grep Atlantic, LLC | 600 E. Las Colinas Blvd., Suite 2100, Irving, Texas 75039 Attn: Legal Services |
| Guegan, Eric | 1100 First St. SE, Washington, DC 20003 |
| Haley, Donald | 1100 First St. SE, Washington, DC 20003 |
| Hall, Avery | 1100 First St. SE, Washington, DC 20003 |
| Hall, Colin | 1100 First St. SE, Washington, DC 20003 |
| Hall, Kendal | 1100 First St. SE, Washington, DC 20003 |
| Hall, Marquez | 1100 First St. SE, Washington, DC 20003 |
| Hall, Michael | 1100 First St. SE, Washington, DC 20003 |
| Hamilton, Ashli | 1100 First St. SE, Washington, DC 20003 |
| Hamlin, Jerome | |
| Harling, Anthony | 1100 First St. SE, Washington, DC 20003 |
| Harris, Dianne | 1100 First St. SE, Washington, DC 20003 |
| Harris, Michael | |
| Hawkins, Edward | 1100 First St. SE, Washington, DC 20003 |
| Hawkins, Keyanna | 1100 First St. SE, Washington, DC 20003 |
| Hawkins, Meechelle | 1100 First St. SE, Washington, DC 20003 |
| Hayes, Lloyd | 1100 First St. SE, Washington, DC 20003 |
| Haywood, Kevin | 1100 First St. SE, Washington, DC 20003 |
| HD Supply Facilities Maintenance | |
| Hillard, Bria | 1100 First St. SE, Washington, DC 20003 |
| Hines, LaVerne | |
| Holland, Emma | 1100 First St. SE, Washington, DC 20003 |
| Holland, Juliana | 1100 First St. SE, Washington, DC 20003 |
| Holman, Sabrina | 1100 First St. SE, Washington, DC 20003 |
| Holton, Sterling | 1100 First St. SE, Washington, DC 20003 |
| Home Paramount Pest Control Company | P.O. BOX 727, FOREST HILL, MD 21050 |
| Hood, Zachary | |
| Hooks, London | 1100 First St. SE, Washington, DC 20003 |
| Horton, Kamaria | 1100 First St. SE, Washington, DC 20003 |
| Hummel, Brooke | 1100 First St. SE, Washington, DC 20003 |
| Hunter, Shanee | |
| Hy.ly Inc. | |

| | | |
|---|---|---|
| | iStar Inc. | 3480 Preston Ridge Road, Suite 575, Alpharetta, GA 30005 Att: Director of Lease Administration |
| | Jaager, Laura | 1100 First St. SE, Washington, DC 20003 |
| | Jackson, Diamond | 1100 First St. SE, Washington, DC 20003 |
| | Jackson, Teel | |
| | James, Darren | 1100 First St. SE, Washington, DC 20003 |
| | James, Tyler | 1100 First St. SE, Washington, DC 20003 |
| | Jason Sloan | 1000 First Street, Apt 1009, Washington, DC 20003 |
| | Jefferson, Arlean | |
| | Jimenez, Pedro | 1100 First St. SE, Washington, DC 20003 |
| | Johnson Jr, Lloyd | 1100 First St. SE, Washington, DC 20003 |
| | Johnson, Edward | 1100 First St. SE, Washington, DC 20003 |
| | Johnson, Linroy | 1100 First St. SE, Washington, DC 20003 |
| | Johnson, Rhonda | 1100 First St. SE, Washington, DC 20003 |
| | Johnson, Sasha | 1100 First St. SE, Washington, DC 20003 |
| | Jonah Systems LLC | |
| | Joseph, Julius | 1100 First St. SE, Washington, DC 20003 |
| | Jumale, Mustafa | |
| | Kallman, Troy | 1100 First St. SE, Washington, DC 20003 |
| | Karchnick, Joseph | 1100 First St. SE, Washington, DC 20003 |
| | Kaziu, Drin | |
| | Keddie, Maria | |
| | Keep Evolving LLC | PO Box 1420, Spotsylvania, VA 22553 |
| | Keep Evolving LLC | PO Box 1420, Spotsylvania, VA 22553 |
| | King, Celeste | 1100 First St. SE, Washington, DC 20003 |
| | Klipple, Alexander | 1100 First St. SE, Washington, DC 20003 |
| | Knepp, Brandon | 1100 First St. SE, Washington, DC 20003 |
| | Koneri, Jotham | 1100 First St. SE, Washington, DC 20003 |
| | Kramer Enterprises LLC | PO Box 12251, Silver Spring, MD 20908 |
| | Kyle, Bridgette | 1100 First St. SE, Washington, DC 20003 |
| | Laing, Daniel | 1100 First St. SE, Washington, DC 20003 |
| | Lampert, Paloma | 1100 First St. SE, Washington, DC 20003 |
| | Ledezma Velasquez, Joshua | 1100 First St. SE, Washington, DC 20003 |
| | Levings, Dominic | 1100 First St. SE, Washington, DC 20003 |
| | Lewkowicz, Zachary | 1100 First St. SE, Washington, DC 20003 |
| | Life Safety Systems, Inc. | |
| | Lily Halvorson | 1423 5th St, Washington, DC 20001-2489 |
| | Liu, Yunchen | 1100 First St. SE, Washington, DC 20003 |
| | Logan, Alexander | |
| | Lovit, Haley | |
| | Lujan, Ben | |
| | Lux Floors | 4449C Brookfield Corporate Dr, Chantilly, VA 20151 |
| | Mallampati, Vijay | 1100 First St. SE, Washington, DC 20003 |
| | Malloy, Janice | 1100 First St. SE, Washington, DC 20003 |
| | Malloy, Janice | |
| | Marable-Anderson, Nadia | 1100 First St. SE, Washington, DC 20003 |
| | Marcus, Isabelle | |
| | Marquez Hernandez, Diana | 1100 First St. SE, Washington, DC 20003 |
| | Marrow, Sharonda | 1100 First St. SE, Washington, DC 20003 |
| | Martin, Jennifer | 1100 First St. SE, Washington, DC 20003 |
| | Martinez, Marijose | 1100 First St. SE, Washington, DC 20003 |
| | Martinez, Marijose | 1100 First St. SE, Washington, DC 20003 |

| | |
|---|---|
| May, Austin | 1100 First St. SE, Washington, DC 20003 |
| Mayer, Hannah | 1100 First St. SE, Washington, DC 20003 |
| Mccombs, Joshua | 1100 First St. SE, Washington, DC 20003 |
| McCray, Jasper | 1100 First St. SE, Washington, DC 20003 |
| McCullough, Colin | 1100 First St. SE, Washington, DC 20003 |
| McKinley, Terrance | |
| McLerran, Ella | 1100 First St. SE, Washington, DC 20003 |
| Meridian Landscaping and Design LLC | |
| Midland Loan Services | 10851 Mastin, Suite 700, Building 82 Corporate Woods, Overland Park, KS 66210 Attn: JR Rassette, Portfolio Manager |
| Midland Loan Services | PO Box 25965 Shawnee Mission, KS 66225-5965 |
| MIGUEL OSORIO REATIGA;MARIA PINTO BLANCO | 301 G St Sw Apto 718, WASHINGTON, DC 20024 |
| Milfort, Barbara | 1100 First St. SE, Washington, DC 20003 |
| Mohn, Matthew | 1100 First St. SE, Washington, DC 20003 |
| Moore, Elizabeth | 1100 First St. SE, Washington, DC 20003 |
| Moore, Vivienne | 1100 First St. SE, Washington, DC 20003 |
| Morris, Carrie | 1100 First St. SE, Washington, DC 20003 |
| Morris, Shanice | 1100 First St. SE, Washington, DC 20003 |
| Mountcastle, Teagan | |
| Muniz, Isaac | 1100 First St. SE, Washington, DC 20003 |
| Nadel-LaMotta, Marika | |
| Nans Chapet Pappatico;Caroline Bouisse | 18 City Road Flat 5 Westview A, London, GB 00000 |
| National Equipment Solutions, LP | PO Box 2198, West Chester, PA 19380 |
| Nelson, Karla | 1100 First St. SE, Washington, DC 20003 |
| Nelson, Sydney | 1100 First St. SE, Washington, DC 20003 |
| Nicolas Giacalone | 4170 Key Lime Blvd, Boynton Beach, FL 33436 |
| Nieset, Brooke | 1100 First St. SE, Washington, DC 20003 |
| Nino, Adolfo | |
| Obrien, Brandon | 1100 First St. SE, Washington, DC 20003 |
| OConner, Jordan | 1100 First St. SE, Washington, DC 20003 |
| ODea, Elise | |
| Offit Kurman PA | 1325 G Street NW Suite 500, Washington, DC 20005 |
| Ononuju, Ogochukwu | 1100 First St. SE, Washington, DC 20003 |
| Otis Elevator | P.O. BOX 730400, Dallas, TX 75373 |
| Panda, Reva | 1100 First St. SE, Washington, DC 20003 |
| Pasno, Andrew | |
| Patel, Priya | 1100 First St. SE, Washington, DC 20003 |
| Patel, Sidhi | 1100 First St. SE, Washington, DC 20003 |
| Patrick, Arionna | 1100 First St. SE, Washington, DC 20003 |
| PCR Cleaning Services | 3810 INGERSOL AVE, ste A, DES MOINES, IA 50312 |
| Pearce, Jamie | 1100 First St. SE, Washington, DC 20003 |
| Pearson, Wayne | 1100 First St. SE, Washington, DC 20003 |
| Pelaez, Maria | 1100 First St. SE, Washington, DC 20003 |
| PEPCO | 2300 Martin Luther King Jr Ave, Washington, DC 20020 |
| Peters, Royston | |
| Pickett, Laverne | 1100 First St. SE, Washington, DC 20003 |
| Pietros, Alexander | 1100 First St. SE, Washington, DC 20003 |

| | |
|---|---|
| Plaster, Morgan | 1100 First St. SE, Washington, DC 20003 |
| Pledger, Melissa | 1100 First St. SE, Washington, DC 20003 |
| Porter, Cameron | 1100 First St. SE, Washington, DC 20003 |
| Porter, Donte | 1100 First St. SE, Washington, DC 20003 |
| Power, Jillian | |
| Pridgeon, Terrance | 1100 First St. SE, Washington, DC 20003 |
| Professional Carpet Restoration LLC | 151 Wesmond dr, Alexandria, VA 22305 |
| Pure Homes Cleaning L.L.C | 5040 New Hampshire Avenue NW, Unit 309, Washington, DC 20011 |
| Qin, Jia | 1100 First St. SE, Washington, DC 20003 |
| Qiu, Yinghang | |
| Raigrodski, Ryan | 1100 First St. SE, Washington, DC 20003 |
| Recycling Solutions Inc (RSI) | 4020 Penn Belt Place, Forestville, MD 20747 |
| Reed, Tahirah | 1100 First St. SE, Washington, DC 20003 |
| Reid, Catherine | 1100 First St. SE, Washington, DC 20003 |
| Renford, Stacia | 1100 First St. SE, Washington, DC 20003 |
| Rhonda Everson | 4850 156th Ave. NE, C/O Onyx Leasing Office, Redmond, WA 98052 |
| Richard, Hannah | 1100 First St. SE, Washington, DC 20003 |
| Richards, Chioma | 1100 First St. SE, Washington, DC 20003 |
| Ringshia, Raghav | |
| Roberts, Jamie | 1100 First St. SE, Washington, DC 20003 |
| Robinson, Andre | 1100 First St. SE, Washington, DC 20003 |
| Robinson-cook, Latasha | 1100 First St. SE, Washington, DC 20003 |
| Rogers, Nichelle | 1100 First St. SE, Washington, DC 20003 |
| Rountree, Tracy | |
| SAF Cleaning Services, LLC | 7010 Little River Turnpike, Suite 320, Annandale, VA 22003 |
| Safehold | 1114 AVENUE OF THE AMERICAS FL 39 NEW YORK, NY, 10036 |
| Saxon, Connor | 1100 First St. SE, Washington, DC 20003 |
| Scott, Denise | 1100 First St. SE, Washington, DC 20003 |
| SeeView Security, Inc | 3959 Pender Drive Suite 330, Fairfax, VA 22030 |
| Seubert | |
| Shaffer, Tod | 1100 First St. SE, Washington, DC 20003 |
| Shah, Sachi | 1100 First St. SE, Washington, DC 20003 |
| Sharpe, Dave | |
| Shea, Devyn | 1100 First St. SE, Washington, DC 20003 |
| Sheridan, Margaret | |
| Sherwin Williams Company | |
| Shoukat, Buddy | 1100 First St. SE, Washington, DC 20003 |
| Siao, Stephen | 1100 First St. SE, Washington, DC 20003 |
| Slavov, Olivia | 1100 First St. SE, Washington, DC 20003 |
| Sloan, Jason | |
| Smart Cleaning Service LLC | 10819 Georgia Ave, Suite 202, Silver Spring, MD 20902 |
| Smedley, Hayden | 1100 First St. SE, Washington, DC 20003 |
| Smith, Cassandra | 1100 First St. SE, Washington, DC 20003 |
| Smith, Jasmine | 1100 First St. SE, Washington, DC 20003 |
| Smith, Marquita | 1100 First St. SE, Washington, DC 20003 |
| Smith, Ryan | 1100 First St. SE, Washington, DC 20003 |
| Smith, Sara | 1100 First St. SE, Washington, DC 20003 |
| Sogotis, Irene | 1100 First St. SE, Washington, DC 20003 |
| Sotomayor, Roberto | 1100 First St. SE, Washington, DC 20003 |

| Name | Address |
|---|---|
| Sowers, Scott | 1100 First St. SE, Washington, DC 20003 |
| Spencer, Yolanda | 1100 First St. SE, Washington, DC 20003 |
| Stewart, Shaniah | 1100 First St. SE, Washington, DC 20003 |
| Stokol, Rachel | 1100 First St. SE, Washington, DC 20003 |
| Suggs, David | 1100 First St. SE, Washington, DC 20003 |
| Suggs, Perry | 1100 First St. SE, Washington, DC 20003 |
| SunDun | |
| Superior Mechanical Services | 6655 Mid Cities Avenue, Beltsville, MD 20705 |
| Sweatt, Carolette | 1100 First St. SE, Washington, DC 20003 |
| Swiss, Zoe | 1100 First St. SE, Washington, DC 20003 |
| Taliaferro, Michelle | 1100 First St. SE, Washington, DC 20003 |
| Tarvardian, Christopher | 1100 First St. SE, Washington, DC 20003 |
| Taylor, Aleathia | 1100 First St. SE, Washington, DC 20003 |
| Taylor, Moeneisha | 1100 First St. SE, Washington, DC 20003 |
| Taylor, Sarah | 1100 First St. SE, Washington, DC 20003 |
| Terry, Bernard | 1100 First St. SE, Washington, DC 20003 |
| Tolliver, Eric | 1100 First St. SE, Washington, DC 20003 |
| Tracey, Margit | 1100 First St. SE, Washington, DC 20003 |
| Trista Pope | 1007 Fayetteville St, Knightdale, NC 27545 |
| Turner, Katelynn | 1100 First St. SE, Washington, DC 20003 |
| Tutt, Fredtonya | 1100 First St. SE, Washington, DC 20003 |
| UIP Maryland Residential 6, LLC | |
| UIP Maryland Residential III, LLC | |
| UIP Onyx Invest, LLC | 140 Q Street, NE, Suite 140B, Washington, DC 20002 |
| UIP Property Management, Inc. | 140 Q Street, NE, Suite 140B, Washington, DC 20002 Attn: Peter J. Bonnell |
| US Premium Finance | |
| Vda, Inc. | 120 Eagle Rock Avenue, Suite 310, East Hanover, NJ 07936 |
| Venkatesan, Shravan | 1100 First St. SE, Washington, DC 20003 |
| Walker, LaShawn | |
| Wall, Jeremy | 1100 First St. SE, Washington, DC 20003 |
| Walters, Harriet | |
| Walters, Kathelia | 1100 First St. SE, Washington, DC 20003 |
| Wang, William | 1100 First St. SE, Washington, DC 20003 |
| Washington Gas | 2288 Martin Luther King Jr Ave SE, Washington, DC 20020 |
| Watkins, James | 1100 First St. SE, Washington, DC 20003 |
| Webb, Omar | 1100 First St. SE, Washington, DC 20003 |
| White, Bianca | 1100 First St. SE, Washington, DC 20003 |
| White, Derrick | 1100 First St. SE, Washington, DC 20003 |
| Wilkins, Liska | 1100 First St. SE, Washington, DC 20003 |
| Willard, Mark | 1100 First St. SE, Washington, DC 20003 |
| Williams, Alonzo | 1100 First St. SE, Washington, DC 20003 |
| Williamson, Abigail | 1100 First St. SE, Washington, DC 20003 |
| Willis, Lashon | 1100 First St. SE, Washington, DC 20003 |
| Wilson, Trecolia | 1100 First St. SE, Washington, DC 20003 |
| Woldeyesus, Lemlem | 1100 First St. SE, Washington, DC 20003 |
| Wright, Rita | |
| Yi, William | 1100 First St. SE, Washington, DC 20003 |
| Young, Bobby | 1100 First St. SE, Washington, DC 20003 |
| Young, Caleb | |
| Znation Building Services | 3305 40th pl, Brentwood, MD 20722 |
| Zymroz, Austin | 1100 First St. SE, Washington, DC 20003 |